USCA1 Opinion

 

 [NOT FOR PUBLICATION]

 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT

 ____________________

No. 97-2088

 MARIA M. SANTIAGO,

 Plaintiff, Appellant,

 v.

 COMMISSIONER OF SOCIAL SECURITY,

 Defendant, Appellee.

 ____________________

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF PUERTO RICO

 [Hon. Carmen Consuelo Cerezo, U.S. District Judge]

 ____________________

 Before

 Selya, Circuit Judge,
 Cyr, Senior Circuit Judge,
 and Boudin, Circuit Judge.

 ____________________

 Melba N. Rivera-Camacho and Melba N. Rivera Camacho & Assocs. on
brief for appellant.
 Guillermo Gil, United States Attorney, Lillian Mendoza-Torro,
Assistant U.S. Attorney, and Wayne G. Lewis, Assistant Regional Counsel,
Social Security Administration, on brief for appellee.

 ____________________
 March 18, 1998

 ____________________
 Per Curiam. Claimant Maria Santiago appeals a district
 court judgment that affirmed a decision by the Commissioner of
 Social Security denying claimant's application for disability
 benefits. We have thoroughly reviewed the record and the
 parties' briefs on appeal. We conclude that the Commissioner's
 decision is supported by substantial evidence and uninfected by
 legal error. We add the following comments.
 1. Claimant asserts, without citation to the record or
 case law, that she proved that she is unable to perform her
 past relevant work as a housekeeper. We disagree. The record
 discloses that this work required claimant to perform only
 simple, routine tasks for up to 4-5 hours, and that both of the
 Commissioner's consulting psychologists found claimant's
 ability to perform such tasks was not significantly limited. 
 Although claimant was represented by counsel at her
 administrative hearing, she never explained how her impairments
 prevented her from performing her past work. Thus, she failed
 to meet her burden at step four. See, e.g., Santiago v.
 Secretary of Health and Human Services, 944 F.2d 1, 5 (1st Cir.
 1991)(per curiam); Gray v. Heckler, 790 F.2d 369, 372, 375 (1st
 Cir. 1985)(per curiam); Gonzalez Perez v. Secretary of Health
 and Human Services, 572 F2d 886, 888 (1st Cir. 1978). 
 2. Claimant next says that the administrative law judge
 (ALJ) should have evaluated her mental impairment under the
 listing for Somatoform Disorders (12.07), not under the
 listing for Affective Disorders (12.04). She maintains that
 the ALJ applied the wrong listing and, in so doing, 
 impermissibly substituted his own lay opinion on the nature of
 claimant's mental impairment for the opinion of his medical
 advisor, Dr. Perez Arzola. Claimant errs on both counts. Dr.
 Perez Arzola's testimony in no way established the presence of
 a somatoform disorder, and there was ample evidence to support
 the ALJ's use of the listing governing affective disorders. 
 3. Vocational expert testimony was not required where
 claimant failed to meet her burden at step four and the
 Commissioner procured expert assessments of claimant's residual
 functional capacity. 
 Claimant's remaining contentions on appeal are meritless. 
 Affirmed.